IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ERIC ENGENE McFARLAND            )
                                 )
v.                               )      No. 3:12-0149
                                 )      Judge Nixon/Bryant
SOCIAL SECURITY ADMINISTRATION   )

# O R D E R

On May 28, 2012, defendant filed a motion for entry of judgment with remand of this case for further administrative proceedings (Docket Entry No. 12), acknowledging that its decision denying plaintiff's claim to benefits contains reversible error. Defendant states in its motion that plaintiff's counsel has no objection to the motion. Id. Accordingly, there are no further proceedings to be conducted by the Magistrate Judge, and the file will be transmitted to the District Judge for disposition. The Clerk is directed to terminate the referral designation in this case.

So **ORDERED**.

       s/ John S. Bryant
JOHN S. BRYANT
UNITED STATES MAGISTRATE JUDGE