IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC ENGENE MCFARLAND, | ) |
| Plaintiff, | ) No. 3:12-cv-00149 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), With Remand to Defendant ("Motion") (Doc. No. 12), filed with a supporting Memorandum (Doc. No. 13). Defendant's Motion states that Plaintiff's counsel has been contacted and has no opposition to the Motion. (Doc. No. 12.) Accordingly, the Court **GRANTS** Defendant's Motion and **REMANDS** this case to Defendant for a new administrative hearing and re-evaluation of Plaintiff's medical evidence. This Order terminates the Court's jurisdiction over this action and the Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the 1st day of June, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT